UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-mj-388-EJY |
| Plaintiff, | ORDER CONTINUING BENCH TRIAL |
| vs. | |
| GREGORY JAMARR WHITNEY, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for September 20, 2023, at the hour of 9:00 a.m., be vacated and continued to November 29, 2023, at the hour of 9:30 a.m. in Courtroom 3D.

DATED this ___18th___ day of September 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3